UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V COOPERATIVE SPIRIT, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION: DIVISION: <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: |

## AD INTERIM STIPULATION FOR VALUE

WHEREAS, a Complaint has been filed in this Honorable Court by American River Transportation Co, LLC ("ARTCO") as owner and operator of M/V COOPERATIVE SPIRIT, praying for exoneration from and limitation of liability, pursuant to the provisions of Title 46, United States Code, Sections 30501 *et seq.* for the reasons and causes set forth in the aforementioned Complaint; and

WHEREAS, ARTCO hereby submits its Ad Interim Stipulation representing its interest in the aforesaid vessel and her pending freight, as security for all claims arising out of its voyage commencing January 26, 2020, as follows:

NOW, THEREFORE, ARTCO as principal and Agrinational Insurance Company for the first $5,000,000 and thereafter Navigators Insurance Company, as sureties, hereby undertake unconditionally to satisfy and pay, jointly, severally, and *in solido,* any final judgment (or settlement) rendered herein against M/V COOPERATIVE SPIRIT, in rem, and/or ARTCO herein up to but not exceeding the sum of SEVEN MILLION THREE HUNDRED SIXTY-EIGHT THOUSAND NINE HUNDRED FORTY-TWO AND 00/100 ($7,368,942.00) DOLLARS plus interest at the rate of six percent (6%) per annum, from February 5, 2020 until paid.

**EXHIBIT 3**

Each Surety hereby submits itself to the jurisdiction of the Court and agrees to abide by all orders of the Federal Court, interlocutory and final, and to pay the amount of the final decree awarded by this Court or by any appellate court, should an appeal intervene, with interest, but not in excess of the sum of SEVEN MILLION THREE HUNDRED SIXTY-EIGHT THOUSAND NINE HUNDRED FORTY-TWO AND 00/100 ($7,368,942.00) DOLLARS, plus interest at the rate of six (6%) percent per annum from February 5, 2020 until paid.

Thus, done and executed this 5th day of February 2020.

AMERICAN RIVER TRANSPORTATION CO., LLC

BY: _____
DAVID M. FLOTTE, its Attorney


AGRINATIONAL INSURANCE COMPANY BY:


BY: _____Jay E. Curtis_____


NAVIGATORS INSURANCE COMPANY

BY: _____Paul McNa_____